RAYMOND W. DON et al., Respondents, v. BENJAMIN M. KNAPP, INC., Appellant; BERTRAM HASINSKY, Respondent, et al., Defendants.— Appeal by defendant Benjamin M. Knapp, Inc., from so much of an order as denies its motion to dismiss the complaint of the plaintiff Elizabeth Don for failure to state a cause of action. Said complaint sets forth a purported cause of action in favor of said plaintiff for loss of services and consortium resulting from injuries to her husband, allegedly caused by the negligence of the defendants. Order, insofar as appealed from, reversed on the law, with $10 costs and disbursements, and motion granted, without costs. The complaint of respondent Elizabeth Don fails to state facts sufficient to constitute a cause of action. (*Passalacqua* v. *Draper,* 279 App. Div. 660.) Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ., concur.

HELEN B. FINER, as Administratrix with the Will Annexed of ARTHUR T. FINER, Deceased, Appellant, v. BERGEN SERVICE CORP. et al., Respondents.— In an action to recover damages for the wrongful death of plaintiff's testator, judgment for defendants unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ. [See *post,* p. 1030.]

JAMES J. FRANCIS, Appellant, v. TAFT CLEANERS AND DYERS, INC., et al., Respondents.— In an action to recover damages for false arrest, plaintiff appeals from a judgment in favor of defendants, entered upon a dismissal of the complaint at the close of plaintiff's case, and from an order denying his motion to set aside the decision dismissing the complaint and for a new trial. Judgment and order unanimously affirmed, with one bill of costs. In our opinion, there was a complete failure of proof that defendants, or any of them, instigated or directed plaintiff's arrest, or did more than merely to furnish information to the police officers when called upon to state facts for their guidance. (Cf. *Vernes* v. *Phillips,* 266 N. Y. 298; *Grinnell* v. *Weston,* 95 App. Div. 454; *Davern* v. *Drew,* 153 App. Div. 844, affd. *sub nom. Davern* v. *Breen,* 214 N. Y. 681.) Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ. [See *post,* p. 983.]